IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA PAYNE,

    Plaintiff,

V.

    3:17-CV-2063
    (JUDGE MARIANI)

C.O. KABILKO, et al.,

    Defendants.

## ORDER

AND NOW, THIS 18th DAY OF DECEMBER, 2017, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 6), for clear error and manifest injustice,

**IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 6), is **ADOPTED** for the reasons stated therein.

2. Plaintiff's claims against Deputy Superintendent Cronauer, Deputy Superintendent Mason, and Chief Grievance Officer Varner, are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.

3. Plaintiff may amend his complaint within **twenty-one (21) days** from the date of this Order.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Court Judge