IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA PAYNE,

    Plaintiff,

V.

C.O. KABILKO, et al.,

    Defendants.

3:17-CV-2063
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 28TH DAY OF JUNE, 2018, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 22), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 22), is **ADOPTED,** for the reasons stated therein.

2. Defendants' Motion to Dismiss, (Doc. 15), which was converted into a Motion for Summary Judgement after giving the parties notice, (Doc. 19), is **GRANTED**. The Clerk of the Court is directed to enter judgment **IN FAVOR** of Defendants and **AGAINST** Plaintiff on all counts.

3. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Court Judge